**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**300 Quarropas Street**
**White Plains, NY 10601**

---

IN RE: Lisa M. Chang                                            CASE NO.: 18–22045–rdd

Social Security/Taxpayer ID/Employer ID/Other Nos.:    CHAPTER: 13
xxx–xx–9049

---

# NOTICE OF DISMISSAL

An order of dismissal was entered by the Honorable Robert D. Drain in this Chapter 13 case.

Lisa M. Chang was dismissed from the case on June 4, 2018 .

Dated: June 4, 2018                                              Vito Genna
                                                                 Clerk of the Court